1 | SCOTT SCHOOLS
United States Attorney
2 | 450 Golden Gate Ave (11th Floor)
San Francisco, CA 94102
3 | Telephone: (415) 436-7200

**FILED**

SEP 26 2007

CLERK
NORTHERN D...

4 | Attorneys for the United States

5 | UNITED STATES DISTRICT COURT

6 | NORTHERN DISTRICT OF CALIFORNIA

7 | SAN JOSE DIVISION

8 | UNITED STATES OF AMERICA,                )    CRIMINAL NO. *CR07-70575 PVT*
9 |                Plaintiff,                )
10|                                          )    NOTICE OF PROCEEDINGS ON
   |          v.  *Dinh Canh Tran, and*      )    OUT-OF-DISTRICT CRIMINAL
11|                                          )    CHARGES PURSUANT TO RULES
   |      *Hung Ngoc Nguyen*                 )    5(c)(2) AND (3) OF THE FEDERAL RULES
12|                Defendant.                )    OF CRIMINAL PROCEDURE
13|                                          )
14| _____  )

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal

15| Procedure that on ___*9/26/07*___, the above-named defendant was arrested  based upon an

16| arrest warrant (copy attached) issued upon an

17| ☑ Indictment    ☐ Information    ☐ Criminal Complaint    ☐ Other_____

18| pending in the *Central* District of *CA*, Case Number *SA CR07-192*

19| In that case, the defendant is charged with a violation(s) of Title(s) *21* United States Code,

20| Section(s) *846, 841 (a)(1), 18 2 (a)*.
                                        *cocaine*
21| Description of Charges: *Conspiracy to distribute; possession with*
22| *intent to distribute cocaine; distribution of*
23| *cocaine; aiding and abetting.*

                                          Respectfully Submitted,
24|                                        SCOTT SCHOOLS
                                          UNITED STATES ATTORNEY
25| Date: ___*9/26/07*___
26|                                        Assistant U.S. Attorney
27|
28|

1

UNDER SEAL

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2006 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>                    v.<br><br>DINH CANH TRAN, and<br>HUNG NGOC NGUYEN,<br><br><br>                    Defendants. | SA CR 07-<br><br>I N D I C T M E N T<br><br>[21 U.S.C. § 846: Conspiracy to<br>Distribute, Possess with Intent<br>to Distribute Cocaine; 21 U.S.C.<br>§ 841(a)(1): Distribution of<br>Cocaine; 21 U.S.C. § 841(a)(1):<br>Possession with Intent to<br>Distribute Cocaine;<br>18 U.S.C. § 2(a): Aiding and<br>Abetting] |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. § 846]

A.    OBJECT OF THE CONSPIRACY

Beginning on a date unknown to the Grand Jury and continuing to on or about April 5, 2007, in Orange County, within the Central District of California, and elsewhere, defendants DINH CANH TRAN ("TRAN"), and HUNG NGOC NGUYEN ("NGUYEN"), and others known and unknown to the Grand Jury, conspired and agreed with

RCG:rcg

1  each other to commit offenses against the United States, namely,

2  to knowingly and intentionally distribute, and possess with the

3  intent to distribute 5 kilograms or more of a mixture or

4  substance containing a detectable amount of cocaine, in violation

5  of Title 21, United States Code, Section 841(a)(1).

6  B.    MEANS BY WHICH THE OBJECTS OF THE CONSPIRACY WERE TO BE

7         ACCOMPLISHED

8         The objects of the conspiracy were to be accomplished in

9  substance as follows.

10        1.    Defendant TRAN agreed to deliver cocaine to a

11 coconspirator in Orange County, California.

12        2.    Defendants TRAN and NGUYEN met with the coconspirator

13 to arrange for the delivery of cocaine to that person at a

14 location in Orange County, California.

15        3.    Defendants NGUYEN took possession of the

16 coconspirator's vehicle.

17        4.    Defendants TRAN and NGUYEN loaded approximately 60

18 kilograms of cocaine into the coconspirator's vehicle.

19        5.    Defendants TRAN and NGUYEN returned coconspirator's

20 vehicle to that person.

21 C.    OVERT ACTS

22        In furtherance of the conspiracy and to accomplish the

23 objects of the conspiracy, on or about April 5, 2007, defendants

24 TRAN and NGUYEN, and others known and unknown to the Grand Jury,

25 committed various overt acts within the Central District of

26 California and elsewhere, including but not limited to the

27 following:

28        1.    Defendant TRAN telephoned a coconspirator and arranged

                                   2

1   to meet that person in Long Beach, California.

2       2.    Defendants TRAN and NGUYEN drove to an RV park in Long

3   Beach, California, in a grey Chevrolet Tahoe ("the Tahoe").

4       3.    Defendants TRAN and NGUYEN met with the coconspirator

5   at the RV park in Long Beach, California.

6       4.    Defendants TRAN, NGUYEN, and the coconspirator agreed

7   to use the coconspirator's vehicle, a Chevrolet Silverado truck

8   ("the Silverado"), to transport cocaine.

9       5.    Defendants TRAN and NGUYEN, in the Tahoe, and the

10  coconspirator, in the Silverado, traveled to a shopping center

11  parking lot in Anaheim, California.

12      6.    Defendant NGUYEN drove the Silverado from the shopping

13  center parking lot to the StorQuest storage facility located at

14  8180 East Old Canal Road, Anaheim, California.

15      7.    Defendant TRAN, driving the Tahoe, followed defendant

16  NGUYEN from the shopping center parking lot to the StorQuest

17  storage facility.

18      8.    At the StorQuest storage facility, defendants TRAN and

19  NGUYEN loaded two cardboard boxes containing approximately 60

20  kilograms of cocaine into the Silverado.

21      9.    Defendant NGUYEN drove the Silverado from the Storquest

22  storage facility back to the shopping center.

23      10.   Defendant TRAN, driving the Tahoe, followed defendant

24  NGUYEN from the StorQuest storage facility to the shopping center

25  parking lot.

26      11.   Defendant NGUYEN arrived at the shopping center parking

27  lot and wiped down the interior and exterior of the driver's cab

28  of the Silverado.

3

1    12.   Defendant NGUYEN gave the coconspirator the keys to the

2  Silverado containing the approximately 60 kilograms of cocaine.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COUNT TWO

[21 U.S.C. § 841(a)(1); 18 U.S.C. § 2(a)]

On or about April 5, 2007, in Orange County, within the Central District of California, defendants DINH CANH TRAN and HUNG NGOC NGUYEN, aiding and abetting one another, knowingly and intentionally distributed approximately 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a schedule II controlled substance.

1                      COUNT THREE

2          [21 U.S.C. § 841(a)(1); 18 U.S.C. § 2(a)]

3      On or about April 5, 2007, in Orange County, within the

4 Central District of California, defendants DINH CANH TRAN and

5 HUNG NGOC NGUYEN, aiding and abetting one another, knowingly and

6 intentionally possessed with the intent to distribute

7 approximately 5 kilograms or more of a mixture or substance

8 containing a detectable amount of cocaine, a schedule II

9 controlled substance.

10

11                                      A TRUE BILL

12

13

14                                      _____
                                        Foreperson
15

16

17 GEORGE S. CARDONA
   United States Attorney
18

   THOMAS P. O'BRIEN
19 Assistant United States Attorney
   Chief, Criminal Division
20

21

22 WAYNE R. GROSS
   Assistant United States Attorney
23 Chief, Santa Ana Branch Office

24

25

26

27

28

                            6

# United States District Court

_____ CENTRAL _____ DISTRICT OF _____ CALIFORNIA _____

UNITED STATES OF AMERICA

v.

HUNG NGOC NGUYEN

**WARRANT FOR ARREST
ON INDICTMENT**

CASE NUMBER: SA07CR00192

To: The United States Marshal or any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest_____ HUNG NGOC NGUYEN _____
Name

and bring him or her forthwith to the nearest Judge/Magistrate to answer an indictment charging him or her

with:

Conspiracy to Distribute, Possess with the Intent to Distribute Cocaine
Distribution of Cocaine
Possession with Intent to Distribute Cocaine
Aiding and Abetting

in violation of Title _21; 18_, United States Code, Section(s) _846; 841(a)(1); 2(a)_

_September 25, 2007 Santa Ana, California_
Date and Location of Issuance

_DAVID O. CARTER_
Name of Judge/Magistrate Judge

_Alvard O. Carter_
Signature of Judge/Magistrate Judge

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named | | |
| defendant at _____ | | |
| DATE RECEIVED | NAME & TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

United States of America,

Plaintiff(s)

v.

DINH CANH TRAN

Defendant(s)

| CASE NUMBER: |
| --- |
| SA07CR00197 |

**WARRANT FOR ARREST**

TO:   UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest _____ DINH CANH TRAN _____
and bring him/her forthwith to the nearest Magistrate Judge to answer a(n): ☐ Complaint ☒ Indictment
☐ Information   ☐ Order of Court   ☐ Violation Petition     ☐ Violation Notice

charging him/her with: (ENTER DESCRIPTION OF OFFENSE BELOW)

CONSPIRACY TO DISTRIBUTE, POSSESS WITH INTENT TO DISTRIBUTE COCAINE
DISTRIBUTION OF COCAINE
POSSESSION WITH INTENT TO DISTRIBUTE COCAINE
AIDING AND ABETTING

in violation of Title ___ 21 ___ United States Code, Section(s) 846; 841(a) (1); 2(a)

| Sherri R. Carter | 9/20/07     SANTA ANA, CA |
| --- | --- |
| NAME OF ISSUING OFFICER | DATE AND LOCATION OF ISSUANCE |
| Clerk of Court | |
| TITLE OF ISSUING OFFICER | ROBERT BLOCK |
| | BY: |
| SIGNATURE OF DEPUTY CLERK | NAME OF JUDICIAL OFFICER |

## RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

| DATE RECEIVED | NAME OF ARRESTING OFFICER |
| --- | --- |
| | TITLE |
| DATE OF ARREST | |
| | SIGNATURE OF ARRESTING OFFICER |

DESCRIPTIVE INFORMATION FOR DEFENDANT
CONTAINED ON PAGE TWO

WARRANT FOR ARREST

CR-12 (07/04)

PAGE 1 of 2