# UNITED STATES DISTRICT COURT

_____ NORTHERN _____ DISTRICT OF _____ CALIFORNIA _____

UNITED STATES OF AMERICA

V.

Hung Ngoc Nguyen
_____
Defendant

WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint/Indictment)

CASE  07-70575 PVT

CHARGING DISTRICTS
CASE NUMBER:  SA CR07-192

I understand that charges are pending in __Central__ District of __California__ alleging violation of __21 USC Sec 846, 841(a)(1); 18 USC Sec 2(a)__ and that I have been arrested in this district and
(Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**FILED**

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

(✓) identity hearing

( ) preliminary hearing

OCT - 9 2007

CLERK ... URT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

( ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
Defendant

10-09-07
_____
Date

_____
Defense Counsel