AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT
## Northern District of California

| UNITED STATES OF AMERICA<br>v.<br>Hung Ngoc Nguyen | COMMITMENT TO ANOTHER DISTRICT<br>(DEFENDANT OUT OF CUSTODY) |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | SA CR07-192 | 07-70575 PVT | |

CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN
☒ Indictment ☐ Information ☐ Complaint ☐ Other (specify)

charging a violation of  21  U.S.C. § 846, 841(a)(1), 18 USC Sec 2(a)

**DISTRICT OF OFFENSE** Central District of California

**DESCRIPTION OF CHARGES:** Conspiracy to distribute cocaine; possession with intent to distribute cocaine; distribution of cocaine ~~distr~~ aiding and abetting.

**CURRENT BOND STATUS:**
☒ Bail fixed at $80,000 Signature and defendant is released on bond
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)
Bond, if any, shall be transferred to the District of Offense

FILED
OCT - 9 2007
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

| Representation: | ☒ Retained Own Counsel | ☐ Federal Defender Organization | ☐ CJA Attorney | ☐ None |
|---|---|---|---|---|

Interpreter Required? ☒ No ☐ Yes  Language:

10/9/07                    Patricia V. Trumbull
Date                       United States Judge or Magistrate Judge

## RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |