**UNITED STATES DISTRICT COURT**
Northern District of California
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

**FILED**
General Court Number
408.535.5363

2007 OCT 23 P 3:37

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

October 10, 2007

**Clerk of Court**
**U.S. District Court-CDCA**
**Ronald Reagan Federal Building and Courthouse**
**411 West Fourth Street**
**Santa Ana, CA 92701-4593**

Case Name:      **USA-v-Hung Ngoc Nguyen**
Case Number:    **5-07-70575-PVT  (Your Case# SA CR07-192)**
Charges:        **21:846,841(a)(1); 18:2(a)**

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Patricia V. Trumbull. The following action has been taken:

(X)   The U.S. Marshal has been ordered to remove this defendant to your district forthwith.
(X)   The defendant has a court appearance in your court on: **11/5/07 @10:AM**
       Before Magistrate Judge Goldman

Enclosed are the following documents:

**copy Rule 5 affidavit**
**original minute orders**
certified copy of *AO 94, Commitment to Another District*
**Certified docket sheets**
**1) Buddhist Passport (Ordination Certificate) & 2) US Passport# 432060685**

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: _Cita F. Escolano_
Case Systems Administrator

Enclosures
cc: Financial Office

---

Receipt of the above-described documents is acknowledged herewith and assigned case number:

SACR07-192

Date: 10/17/07

CLERK, U.S. DISTRICT COURT

By _____
Deputy Clerk
LORI ANDERSON